IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MUSIC CHOICE | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO.  2:16-cv-00586-JRG-RSP |
| | § | |
| STINGRAY DIGITAL GROUP INC. | § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, June 13, 2017,

between Plaintiff, Music Choice and Defendents, Stingray Music USA, Inc. and Stingray Digital

Group Inc.  The mediation session has been suspended.  The undersigned mediator will continue

to work with the parties in an effort to settle.

Signed this 13th day of June 2017.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in
compliance with Local Rule CV-5(a) on this 13th day of June 2017.  As such, this document was
served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-
5(a)(3)(A).

*/s/  David Folsom*
David Folsom