**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MUSIC CHOICE, <br><br> Plaintiff, <br><br> v. <br><br> STINGRAY DIGITAL GROUP INC. and STINGRAY MUSIC USA, INC., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> C.A. No: 2:16-cv-586-JRG-RSP (LEAD) |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Plaintiff Music Choice and Defendants Stingray Digital Group Inc. and Stingray Music USA, Inc. respectfully request that the Court extend the parties' deadline to exchange privilege logs from June 20, 2017 (*see* Dkt. 136) to July 28, 2017.

The parties have met and conferred and agree on the above-listed extended due dates. The parties further submit that the proposed limited extensions are made in the interests of justice and not for purposes of delay.

DATED: June 20, 2017          Respectfully submitted,

By:

Daniel R. McCallum (with permission by Collin M. Maloney)
IRELAND CARROLL & KELLEY
Otis Carroll -- State Bar No. 03895700
Collin Michael Maloney -- State Bar No. 00794219
6101 S Broadway, Suite 500
Tyler, TX 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: otiscarroll@icklaw.com
Email: cmaloney@icklaw.com

and

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
Martin M. Zoltick
Sharon L. Davis
Daniel R. McCallum
Michael V. Battaglia
Jennifer B. Maisel
607 14th Street, N.W. ó Suite 800
Washington, D.C.  20005
Tel:  (202) 783-6040
Fax:  (202) 783-6031
Email: MC-Stingray-Serv@rfem.com

*Attorneys for Plaintiff-Counterclaims Defendant*


*/s/ Julie P. Bookbinder*
Scott J. Bornstein (NY Bar # 2737492
Joshua L. Raskin (NY Bar # 2816783)
Allan A. Kassenoff (NY Bar # 2964575)
Julie Bookbinder (NY Bar # 4375259)
Amit Mahtani (NY Bar # 4721833)
Vimal Kapadia (NY Bar # 5269543)
William A. Wargo (NY Bar # 4085015)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400
Email: BornsteinS@gtlaw.com
Email: RaskinJ@gtlaw.com
Email: KassenoffA@gtlaw.com
Email: BookbinderJ@gtlaw.com
Email: MahtaniA@gtlaw.com
Email: KapadiaV@gtlaw.com
Email: WargoW@gtlaw.com

and

>Mary-Olga Lovett (TX Bar # 00789289)
>**GREENBERG TRAURIG, LLP**
>1000 Louisiana, Suite 1700
>Houston, TX 77002
>Telephone: 713-374-3500
>Facsimile: 713-374-3505
>Email: LovettM@gtlaw.com
>
>*ATTORNEYS FOR DEFENDANTS*
>*STINGRAY DIGITAL GROUP INC. AND*
>*STINGRAY MUSIC USA, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 20th day of June, 2017.

>*/s/ Daniel McCallum*
>Daniel McCallum